```
 1  PERRY & SHAPIRO, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    (847) 627-8802 Facsimile
 4  AZNotices@logs.com, e-mail
    Christopher R. Perry, Bar #009801
 5  Jason P. Sherman, Bar #019999
    Attorney for MERS as nominee for Chase
 6  Home Finance LLC
    [FILE 08-006070 CHE]
 7

 8               UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF ARIZONA
 9
```

| | |
|---|---|
| 10  In re: | Case # 2:09-bk-02577-CGC |
| 11  JOHN AND DIANNE SWEET, | Chapter 7 |
| 12          Debtor. | **NOTICE OF APPEARANCE** and Request for Notice |

```
14        Notice is hereby given that the law firm of Perry &
    Shapiro, L.L.P. makes an appearance as the attorneys of record
15  for MERS as nominee for Chase Home Finance LLC. Request is
    hereby made for the following information to be added to the
16  master mailing list, and that a copy of any notice in this case
    be sent to:
17
    File 08-006070 CHE                Chase Home Finance, LLC
18  Perry & Shapiro, L.L.P.           Loan # 1952212634
    3300 N. Central Avenue, #2200     Attn: Dept PP-G7
19  Phoenix, Arizona 85012            P.O. Box 182106
                                      Columbus, OH 43218-2106
20

21        DATED this  2  day of March, 2009.

22

23

24

    NOTICE OF APPEARANCE          PAGE 1          CASE # 2:09-BK-02577-CGC
```

```
 1                                      Perry & Shapiro, L.L.P.
 2
                                        [signature]
 3                                      _____
                                        Christopher R. Perry
 4                                      Jason P. Sherman
                                        Attorney for MERS as nominee for
 5                                      Chase Home Finance LLC

 6   Original filed this  2   day
     of March, 2009 with:
 7
     United States Bankruptcy Court
 8   230 N. First Ave., Suite 101
     Phoenix, AZ 85003-1706
 9
     Copy of the foregoing was mailed
10   this  2   day of March, 2009 to:

11   Chapter 7 Trustee:
     Diane M. Mann
12   29834 North Cave Creek Road, #118-274
     Cave Creek, AZ 85331
13
     Attorney for Debtor:
14   Steven D. Keist, Esq.
     P.O. Box 1734
15   Glendale, AZ 85311

16   Debtor:
     John and Dianne Sweet
17   40810 N. Copper Basin Trail
     Phoenix, AZ 85086
18

19
             [signature]
20   By _____

21

22

23

24
```

NOTICE OF APPEARANCE                PAGE 2                CASE # 2:09-BK-02577-CGC