# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**FILED**
MAR 0 5 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
JOHN LOGAN SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086
SSAN: xxx-xx-2639
EIN:

Chapter: 7

Case No.: 2:09-bk-02577-CGC

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☑ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____     February 27, 2009
Signature of Debtor                 Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:
JOHN LOGAN SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086
SSAN: xxx-xx-2639
EIN:

Chapter: 7

Case No.: 2:09-bk-02577-CGC

**FILED**

MAR 0 5 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____    2-27-2009
Signature of Debtor                                 Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.