STEVEN D. KEIST, P.C.
Steven D. Keist, Esq.
P.O. Box 1734
7508 N. 59th Avenue
Glendale, AZ 85311
State Bar No. 011251
623.435.9057 facsimile
steven.keist@azbar.org
623.937.9799 phone
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

JOHN AND DIANNE SWEET,

    Debtors,

MERS AS NOMINEE FOR CHASE HOME FINANCE LLC, its assigns and/or successors-in-interest,

    Movant,

JOHN AND DIANNE SWEET, Diane M. Mann, Trustee,

    Respondents.

No. 2:09-bk-02577-CGC

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW the Debtors, JOHN AND DIANNE SWEET, by and through their counsel undersigned, and hereby Responds to the Motion for Relief from the Automatic Stay as follows:

Debtors allege that in fact they do have equity in the property and as unusual as it may sound in today's world, they have substantial equity in the property. Consequently, the Movant is not entitled to a lift of stay.

As set forth in the Debtors schedules, the debtors believe that the property has a current fair market value of approximately $440,000.00 and the total indebtedness including the first and second mortgage liens only total approximately $274,000.00, thus the Debtors current equity is well in excess of $100,000.00. The Movant is adequately protected and a lift of stay is not appropriate pursuant to bankruptcy law.

DATED this 13th day of March, 2009.

STEVEN D. KEIST, P.C.

_____
STEVEN D. KEIST
Attorney for Debtors

Original filed and a copy of the forgoing
delivered this 13th day of March 2009 to:

United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003-1706

A copy of the forgoing mailed this 13th
day of March, 2009 to :

Chapter 7 Trustee
Diane M. Mann
29834 N. Cave Creek Road, #118-274
Cave Creek, Arizona 85331

Perry & Shapiro, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012

By: _____