| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number **2:09−bk−02577−CGC** |
|---|---|

| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/16/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| JOHN LOGAN SWEET<br>40810 N. COPPER BASIN TRAIL<br>PHOENIX, AZ 85086 | DIANNE M GUENETTE SWEET<br>40810 N. COPPER BASIN TRAIL<br>PHOENIX, AZ 85086 |
| Case Number:<br>2:09−bk−02577−CGC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2639<br>xxx−xx−4008 |
| Attorney for Debtor(s) (name and address):<br>STEVEN D. KEIST<br>P.O. BOX 1734<br>GLENDALE, AZ 85311−1734<br>Telephone number: 623−937−9799 | Bankruptcy Trustee (name and address):<br>DIANE M. MANN<br>29834 N. CAVE CREEK RD., #118−274<br>CAVE CREEK, AZ 85331<br>Telephone number: 480−451−3053 |

## Meeting of Creditors

Date: **April 28, 2009**     Time: **12:00 PM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/29/09**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/7/09 |

## EXPLANATIONS  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: fagans                 Page 1 of 2                Date Rcvd: Apr 07, 2009
Case: 09-02577                 Form ID: b9a                 Total Served: 37
```

The following entities were served by first class mail on Apr 09, 2009.
```
db/jdb      +JOHN LOGAN SWEET,   DIANNE M GUENETTE SWEET,    40810 N. COPPER BASIN TRAIL,
              PHOENIX, AZ 85086-1842
aty          JASON 1 SHERMAN,   PERRY & SHAPIRO, LLP,   3300 N CENTRAL AVE STE 2200,   PHOENIX, AZ  85012-2582
aty          JASON 2 SHERMAN,   PERRY & SHAPIRO, LLP,   3300 N. CENTRAL AVE., STE 2200,
              PHOENIX, AZ  85012-2582
aty          STEVEN D. KEIST,   P.O. BOX 1734,   GLENDALE, AZ  85311-1734
tr          +DIANE M. MANN,   29834 N. CAVE CREEK RD., #118-274,   CAVE CREEK, AZ 85331-5836
cr         +++American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA  19355-0701
cr           MERS as nominee for Chase Home Finance LLC,   Attn: Dept. PP-G7 P.O. Box 182106,
              Columbus, OH  43218
cr         +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
7865562     +Allied Waste,   Credit Management,   POB 16346,   Pittsburgh PA 15242-0346
7865563     +Allstate Isnurance Commercial,   POB 650562,   Dallas TX 75265-0562
7865564     +Alta,   Los Angeles CA 90074-0001
7865566      American Power,   POB 53933 Station 3206,   Phoenix AZ 85072-3933
7865567     +Anthem Community Association,   7740 N 16th Street, Ste., 300,   Phoenix, AZ 85020-4473
7865568     +Arizona American Water,   POB 150,   Pasadena CA 91102
7865569     +B&W Window Fashions (Horizon),   1705 Waukegan Road,   Waukegan IL 60085-6700
7865570      Bank of America,   4060 Ogleton StantonRd,   Newark DE 19713-3102
7865572     +Capital One Mastercard,   POB 60599,   City Of Industry CA 91716-0599
7865573     +Carole Fabrics,   POB 102388,   Atlanta GA 30368-2388
7865575      Chase Auto Finance,   200 Marcus Ave., 2nd floor,   New Hyde Park NY 11040-3417
7865576      Chase Manhatten Mortgage Co.,   101 E Town St,   Columbus OH 43215-5187
7865577     +Cox Communications,   1400 Lake Hearn Dr NE,   Atlanta GA 30319-1464
7865578     +Decorating Den Royalties,   8659 Commerce Dr,   Easton MD 21601-7425
7865581     +JF Fabrics,   POB 888,   Tonawanda NY 14151-0888
7865582     +Kravet Fabrics,   225 Central Avenue South,   Bethpage NY 11714-4990
7865583     +Lafayette Venetian Blinds,   POB 2838,   West Lafayette IN 47996-2838
7896788     +MERS as nominee for Chase Home Finance LLC,   Attn: Dept. PP-G7,   P.O. Box 182106,
              Columbus, OH 43218-2106
7896790     +Perry & Shapiro, LLP,   3300 N. Central Ave., #2200,   Phoenix, AZ 85012-2582
7865584     +QWEST,   c/o ERS Collection Agency,   POB 9004,   Renton WA 98057-9004
7865586     +SW Gas,   POB 52075,   Phoenix AZ 85072-2075
7865589     +Washington Mutual Bank,   1201 Third Avenue,   Seattle WA 98101-3029
7865590      Wells Fargo Visa,   POB 5445,   Portland OR 97228-5445
```

The following entities were served by electronic transmission on Apr 08, 2009.
```
db          +E-mail/Text: sweetazdianne@gmail.com                          JOHN LOGAN SWEET,
              40810 N. COPPER BASIN TRAIL,    PHOENIX, AZ 85086-1842
jdb         +E-mail/Text: sweetazdianne@gmail.com                          DIANNE M GUENETTE SWEET,
              40810 N. COPPER BASIN TRAIL,    PHOENIX, AZ 85086-1842
tr          +EDI: QDMMANN.COM Apr 07 2009 22:13:00      DIANE M. MANN,   29834 N. CAVE CREEK RD., #118-274,
              CAVE CREEK, AZ 85331-5836
smg         +EDI: AZDEPREV.COM Apr 07 2009 22:13:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
7865565      EDI: AMEREXPR.COM Apr 07 2009 22:13:00      American Express,   POB 981537,
              El Paso TX 79998-1537
7865580     +EDI: RMSC.COM Apr 07 2009 22:13:00      GE Money Bank,   POB 960061,   Orlando FL 32896-0061
7865585     +E-mail/Text: bklaw@qwest.com                           QWEST,   POB 29039,   Phoenix AZ 85038-9039
7900384      EDI: RECOVERYCORP.COM Apr 07 2009 22:13:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7865587     +EDI: AFNIVZWIRE.COM Apr 07 2009 22:13:00      Verizon,   POB 9622,   Mission Hills CA 91346-9622
7865590      EDI: WFFC.COM Apr 07 2009 22:13:00      Wells Fargo Visa,   POB 5445,   Portland OR 97228-5445
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7865571      Bank of America Miles Edge
7865574      Castec, Inc
7865579      FIA Card Services
7865588*    +Verizon,   POB 9622,   Mission Hills CA 91346-9622
                                                                                              TOTALS: 3, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2009**            **Signature:** _Joseph Speetjens_