# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

**Debtor:** JOHN LOGAN SWEET & DIANNE M GUENETTE SWEET
**Case Number:** 2:09-BK-02577-CGC  **Chapter:** 7
**Date / Time / Room:** THURSDAY, APRIL 23, 2009 01:30 PM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** ANDAMO PURVIS

### Matter:

MOTION FOR RELIEF FROM STAY RE: 40810 NORTH COPPER BASIN TRAIL, ANTHEM, AZ 85086 FILED BY JASON 2 SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR CHASE HOME FINANCE LLC .
**R / M #:** 10 / 0

### Appearances:

STEVEN D. KEIST, ATTORNEY FOR DIANNE M GUENETTE SWEET, JOHN LOGAN SWEET
STEVEN KEIST, ATTORNEY FOR DEBTOR

### Proceedings:

Mr. Sherman advises debtors are due June 2008 forward and advises a trustee sale is scheduled for May 11, 2009.

Mr. Keist discusses Mr. Sweet's employment situation and argues there is equity in this property.

COURT: IT IS ORDERED GRANTING STAY RELIEF EFFECTIVE IN 30 DAYS.