Diane M. Mann, Trustee
29834 N 53rd Street, Ste #118-274
Cave Creek, AZ 85331
480-451-3053

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| JOHN LOGAN SWEET | ) | Case No.: 2:09-02577-PHX |
| DIANNE GUENETTE SWEET | ) |  |
|  | ) | **NOTICE OF CONTINUED** |
| Debtor(s). | ) | **CHAPTER 7 CASE §341 FIRST** |
|  | ) | **MEETING OF CREDITORS** |

NOTICE IS HEREBY GIVEN that your Meeting of Creditors has been continued for June 3, 2009 at 8:30 a.m. You <u>must</u> appear at your rescheduled date and time or your case will be dismissed. This Notice of Continued Meeting of Creditors has been mailed to all creditors and interested parties on your Master Mailing List.

The Deadline to Object to Exemptions will be thirty (30) days after the conclusion of the meeting of creditors.

The location of the meeting remains at the US Trustee Meeting Room, 230 N. First Avenue, First Floor, Room 102, Phoenix, AZ.

_____5/6/09_____        _____/S/_____
DATE                                                              DIANE M. MANN, CHP 7 TRUSTEE