B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−02577−CGC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

JOHN LOGAN SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086

DIANNE M GUENETTE SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086

Social Security / Individual Taxpayer ID No.:
xxx−xx−2639
xxx−xx−4008

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/31/09

Charles G. Case II
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: fagans              Page 1 of 2              Date Rcvd: Aug 03, 2009
Case: 09-02577                 Form ID: b18             Total Noticed: 36

The following entities were noticed by first class mail on Aug 05, 2009.
aty            STEVEN D. KEIST,   P.O. BOX 1734,    GLENDALE, AZ  85311-1734
tr            +DIANE M. MANN,    29834 N. CAVE CREEK RD., #118-274,    CAVE CREEK, AZ 85331-5836
cr          +++American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA  19355-0701
cr             MERS as nominee for Chase Home Finance LLC,    Attn: Dept. PP-G7 P.O. Box 182106,
               Columbus, OH  43218
cr          +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,     25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
7865562       +Allied Waste,   Credit Management,    POB 16346,    Pittsburgh PA 15242-0346
7865563       +Allstate Isnurance Commercial,    POB 650562,    Dallas TX 75265-0562
7865564       +Alta,   Los Angeles CA 90074-0001
7865566        American Power,   POB 53933 Station 3206,    Phoenix AZ 85072-3933
7865567       +Anthem Community Association,    7740 N 16th Street, Ste., 300,    Phoenix, AZ 85020-4473
7865568       +Arizona American Water,    POB 150,   Pasadena CA 91102
7865569       +B&W Window Fashions (Horizon),    1705 Waukegan Road,    Waukegan IL 60085-6700
7865570        Bank of America,    4060 Ogleton StantonRd.,    Newark DE 19713-3102
7865572       +Capital One Mastercard,    POB 60599,   City Of Industry CA 91716-0599
7865573       +Carole Fabrics,    POB 102388,   Atlanta GA 30368-2388
7865575        Chase Auto Finance,    200 Marcus Ave., 2nd floor,    New Hyde Park NY 11040-3417
7865576        Chase Manhatten Mortgage Co.,    101 E Town St,    Columbus OH 43215-5187
7865577       +Cox Communications,    1400 Lake Hearn Dr NE,    Atlanta GA 30319-1464
7865578       +Decorating Den Royalties,    8659 Commerce Dr,    Easton MD 21601-7425
7865581       +JF Fabrics,    POB 888,   Tonawanda NY 14151-0888
7865582       +Kravet Fabrics,    225 Central Avenue South,    Bethpage NY 11714-4990
7865583       +Lafayette Venetian Blinds,    POB 2838,    West Lafayette IN 47996-2838
7896788       +MERS as nominee for Chase Home Finance LLC,    Attn: Dept. PP-G7,    P.O. Box 182106,
               Columbus, OH 43218-2106
7896790       +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,    Phoenix, AZ 85012-2582
7865584       +QWEST,   c/o ERS Collection Agency,    POB 9004,    Renton WA 98057-9004
7865586       +SW Gas,    POB 52075,    Phoenix AZ 85072-2075
7865589       +Washington Mutual Bank,    1201 Third Avenue,    Seattle WA 98101-3029
7865590        Wells Fargo Visa,    POB 5445,    Portland OR 97228-5445

The following entities were noticed by electronic transmission on Aug 04, 2009.
db            +E-mail/Text: sweetazdianne@gmail.com                           JOHN LOGAN SWEET,
               40810 N. COPPER BASIN TRAIL,    PHOENIX, AZ 85086-1842
jdb           +E-mail/Text: sweetazdianne@gmail.com                           DIANNE M GUENETTE SWEET,
               40810 N. COPPER BASIN TRAIL,    PHOENIX, AZ 85086-1842
tr            +EDI: QDMMANN.COM Aug 03 2009 23:43:00     DIANE M. MANN,    29834 N. CAVE CREEK RD., #118-274,
               CAVE CREEK, AZ 85331-5836
smg            EDI: AZDEPREV.COM Aug 03 2009 23:43:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
7865565        EDI: AMEREXPR.COM Aug 03 2009 23:43:00     American Express,    POB 981537,
               El Paso TX 79998-1537
7865580       +EDI: RMSC.COM Aug 03 2009 23:43:00     GE Money Bank,    POB 960061,    Orlando FL 32896-0061
7865585       +E-mail/Text: bklaw@qwest.com                           QWEST,    POB 29039,    Phoenix AZ 85038-9039
7900384        EDI: RECOVERYCORP.COM Aug 03 2009 23:43:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7865587       +EDI: AFNIVZWIRE.COM Aug 03 2009 23:44:00     Verizon,    POB 9622,    Mission Hills CA 91346-9622
7865590        EDI: WFFC.COM Aug 03 2009 23:43:00     Wells Fargo Visa,    POB 5445,    Portland OR 97228-5445
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7865571        Bank of America Miles Edge
7865574        Castec, Inc
7865579        FIA Card Services
7865588*      +Verizon,    POB 9622,    Mission Hills CA 91346-9622
                                                                                             TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2009**                            **Signature:**           *Joseph Speetjens*