# Notice Recipients

District/Off: 0970−2          User: fagans          Date Created: 8/10/2009
Case: 2:09−bk−02577−CGC       Form ID: cla001       Total: 42

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 7865571 | Bank of America Miles Edge |
| 7865574 | Castec, Inc |
| 7865579 | FIA Card Services |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | JASON 1 SHERMAN | ECFNotices@logs.com |
| aty | JASON 2 SHERMAN | ECFNotices@logs.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | JOHN LOGAN SWEET | 40810 N. COPPER BASIN TRAIL    PHOENIX, AZ 85086 |
| jdb | DIANNE M GUENETTE SWEET | 40810 N. COPPER BASIN TRAIL    PHOENIX, AZ 85086 |
| tr | DIANE M. MANN | 29834 N. CAVE CREEK RD., #118−274    CAVE CREEK, AZ 85331 |
| cr | MERS as nominee for Chase Home Finance LLC | Attn: Dept. PP−G7 P.O. Box 182106    Columbus, OH 43218 |
| cr | American Express Centurion Bank | c/o Becket and Lee, LLP    P.O. Box 3001    Malvern, PA 19355−0701 |
| cr | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 25 SE 2ND AVE #1120    MIAMI, FL 33131 |
| aty | STEVEN D. KEIST | P.O. BOX 1734    GLENDALE, AZ 85311−1734 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY &LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650 |
| 7865562 | Allied Waste | Credit Management    POB 16346    Pittsburgh PA 15242 |
| 7865563 | Allstate Isnurance Commercial | POB 650562    Dallas TX 75265 |
| 7865564 | Alta | Los Angeles CA 90074 |
| 7865565 | American Express | POB 981537    El Paso TX 79998−1537 |
| 7865566 | American Power | POB 53933 Station 3206    Phoenix AZ 85072−3933 |
| 7865567 | Anthem Community Association | 7740 N 16th Street, Ste., 300    Phoenix, AZ |
| 7865568 | Arizona American Water | POB 150    Pasadena CA 91109 |
| 7865569 | BWWindow Fashions (Horizon) | 1705 Waukegan Road    Waukegan IL 60085 |
| 7865570 | Bank of America | 4060 Ogleton StantonRd    Newark DE 19713−3102 |
| 7865572 | Capital One Mastercard | POB 60599    City Of Industry CA 91716 |
| 7865573 | Carole Fabrics | POB 102388    Atlanta GA 30368 |
| 7865575 | Chase Auto Finance | 200 Marcus Ave., 2nd floor    New Hyde Park NY 11040−3417 |
| 7865576 | Chase Manhatten Mortgage Co. | 101 E Town St    Columbus OH 43215−5187 |
| 7865577 | Cox Communications | 1400 Lake Hearn Dr NE    Atlanta GA 30319 |
| 7865578 | Decorating Den Royalties | 8659 Commerce Dr    Easton MD 21601 |
| 7865580 | GE Money Bank | POB 960061    Orlando FL 32896 |
| 7865581 | JF Fabrics | POB 888    Tonawanda NY 14151 |
| 7865582 | Kravet Fabrics | 225 Central Avenue South    Bethpage NY 11714 |
| 7865583 | Lafayette Venetian Blinds | POB 2838    West Lafayette IN 47996 |
| 7896788 | MERS as nominee for Chase Home Finance LLC | Attn: Dept. PP−G7    P.O. Box 182106    Columbus, OH 43218 |
| 7896790 | Perry &Shapiro, LLP | 3300 N. Central Ave., #2200    Phoenix, AZ 85012 |
| 7865585 | QWEST | POB 29039    Phoenix AZ 85038 |
| 7865584 | QWEST | c/o ERS Collection Agency    POB 9004    Renton WA 98057 |
| 7900384 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| 7865586 | SW Gas | POB 52075    Phoenix AZ 85072 |
| 7865587 | Verizon | POB 9622    Mission Hills CA 91346 |
| 7865588 | Verizon | POB 9622    Mission Hills CA 91346 |
| 7865589 | Washington Mutual Bank | 1201 Third Avenue    Seattle WA 98101 |
| 7865590 | Wells Fargo Visa | POB 5445    Portland OR 97228−5445 |

TOTAL: 37