Fee Paid 17

JOHN LOGAN SWEET
DIANNE M. GUENETTE SWEET
42157 N. CELEBRATION WAY
ANTHEM, AZ 85086
(623) 551-4739
Pro Se Debtors



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JOHN LOGAN SWEET AND DIANNE M. GUENETTE SWEET**<br><br>Debtors. | Chapter 7 Proceedings<br><br>**Case: 2:09-bk-02577-CGC**<br><br>**NOTICE OF AMENDMENT TO PETITION** |

Debtors, by and through their attorney, Steven D. Keist, P.C., commenced this case on February 16, 2009 by electronic filing of their Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Bankruptcy Code. Debtors discovered omissions of creditor information and requested counsel add the missing information to their Petition. Counsel advised debtors that the amendment was filed; however, there is no record this amendment was filed.

In order to provide a correct and consistent record of the Debtors' creditor accounts, Debtors hereby amend their petition to include:

(1) additional creditor on Schedule D Creditors Holding Secured Claims;

(2) additional creditor accounts and addresses on Schedule F Creditors Holding Unsecured Non-priority Claims;

(3) updated Summary of Schedules and Statistical Summary of Liabilities;

(4) Supplemental Mailing List.

Your rights may be affected. You should discuss this notice with your attorney. If you do not have an attorney, you may wish to consult one.

We declare, under penalty of perjury, that the foregoing is true and correct.

DATE: October 10, 2009          _____
                                John Logan Sweet

DATE: October 10 2009           _____
                                Dianne M. Guenette Sweet

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  John Logan Sweet,
       Dianne M Guenette Sweet
                                                            Debtors

Case No. __2:09-bk-02577-CGC__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 440,000.00 | | |
| B - Personal Property | Yes | 4 | 19,155.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 300,818.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 92,236.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,128.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 459,155.00 | | |
| | | Total Liabilities | | 393,054.35 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **John Logan Sweet,**
       **Dianne M Guenette Sweet**
                                                                    Debtors,

Case No. **2:09-bk-02577-CGC**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 5,128.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

State the following:

| | |
| --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 89.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 92,236.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 92,325.09 |

B6D (Official Form 6D) (12/07)

In re   John Logan Sweet,                                             Case No. 2:09-bk-02577-CGC
        Dianne M Guenette Sweet
_____,
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Anthem Community Association<br>7740 N 16th Street, Ste., 300<br>Phoenix,, AZ | | J | Statutory Lien<br><br>Location: 40810 N. Copper Basin Trail, Phoenix AZ<br><br>Value $ 440,000.00 | | X | | 538.00 | 0.00 |
| Account No.<br><br>Chase Auto Finance<br>200 Marcus Ave., 2nd floor<br>New Hyde Park, NY 11040-3417 | | J | Purchase Money Security<br><br>Location: 40810 N. Copper Basin Trail, Phoenix AZ 2006 Subaru Impreza<br><br>Value $ 14,800.00 | | X | | 14,889.00 | 89.00 |
| Account No. xxxxxx2634<br><br>Chase Manhatten Mortgage Co.<br>101 E Town St<br>Columbus, OH 43215-5187 | | J | First Mortgage<br><br>Location: 40810 N. Copper Basin Trail, Phoenix AZ<br><br>Value $ 440,000.00 | | X | | 165,629.00 | 0.00 |
| Account No. xxxx8835<br><br>Washington Mutual Bank<br>1201 Third Avenue<br>Seattle, WA 98101 | | J | Second Mortgage<br><br>Location: 40810 N. Copper Basin Trail, Phoenix AZ<br><br>Value $ 440,000.00 | | X | | 99,565.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 280,621.00 | 89.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | | |

In re John Logan Sweet
Dianne M. Guenette Sweet            ,   Case No. 2:09-bk-02577-CGC
        Debtor                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sue C. Hitselberger 9452 Meadow Knoll Dr Dallas, TX 75243 | | H | 01/12/09 Judicial lien, Location 40810 N Copper Basin Trail Phoenix AZ VALUE $ 440,000.00 | X | | | 20,197.26 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)      $ 20,197.26      $ 0.00

Total(s) ▶
(Use only on last page)      $ 300,818.26      $ 89.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  John Logan Sweet,
       Dianne M Guenette Sweet
                                                                                  Case No. **2:09-bk-02577-CGC**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx4391 <br><br> Allied Waste <br> Credit Management <br> POB 16346 <br> Pittsburgh, PA 15242 | | J | services | | X | | 133.31 |
| Account No. xxxxx8390 <br><br> Allstate Isnurance Commercial <br> POB 650562 <br> Dallas, TX 75265 | | J | Insurance | | X | | 199.20 |
| Account No. xxxx9546 <br><br> Alta <br> 1818 S Oak St <br> Los Angeles, CA 90015 | | J | supplier | | X | | 1,793.03 |
| Account No. xxxxxxxxx0486 <br><br> American Express <br> POB 981537 <br> El Paso, TX 79998-1537 | | J | Credit card purchases | | X | | 13,159.00 |

_6_ continuation sheets attached

Subtotal (Total of this page)  **15,284.54**

In re  John Logan Sweet,
       Dianne M Guenette Sweet,
                                          Debtors

Case No. 2:09-bk-02577-CGC

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4288<br><br>American Power<br>POB 53933 Station 3206<br>Phoenix, AZ 85072-3933 | | J | services | | X | | 973.00 |
| Account No. xxxxxx9047<br><br>Arizona American Water<br>POB 150<br>Pasadena, CA 91109 | | J | services | | X | | 377.81 |
| Account No. xxx4860<br><br>B&W Window Fashions (Horizon)<br>1705 Waukegan Road<br>Waukegan, IL 60085 | | J | services | | X | | 884.00 |
| Account No. xxxx-xxxx-xxxx-0072<br><br>Bank of America<br>4060 Ogleton Stanton Rd<br>Newark, DE 19713-3102 | | J | credit card purchase | | X | | 4,465.00 |
| Account No. xxxx-xxxx-xxxx-8007<br><br>Bank of America<br>4060 Ogletown Stanton Rd<br>Newark, DE 19713-3102 | | J | credit card purchase | | X | | 13,742.86 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 20,442.67

In re  John Logan Sweet,  
     Dianne M Guenette Sweet  
                                        Debtors

Case No. 2:09-bk-02577-CGC

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-5669<br><br>Capital One Mastercard<br>POB 60599<br>City Of Industry, CA 91716 | | J | credit card purchase | | X | | 1,515.08 |
| Account No. xxxx1700<br><br>Carole Fabrics<br>POB 102388<br>Atlanta, GA 30368 | | J | supplier | | X | | 1,230.59 |
| Account No. xx7703<br><br>Castec, Inc<br>7531 Coldwater Canyon Ave<br>North Hollywood, CA 91605 | | J | supplier | | X | | 616.49 |
| Account No. xxx-xxxx-xxxxx3301<br><br>Cox Communications<br>1400 Lake Hearn Dr NE<br>Atlanta, GA 30319 | | J | services | | X | | 820.04 |
| Account No.<br><br>Decorating Den Royalties<br>8659 Commerce Dr<br>Easton, MD 21601 | | J | | | X | | 2,530.14 |
| Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 6,712.34 |

In re  John Logan Sweet,
       Dianne M Guenette Sweet
                                                Debtors

Case No. 2:09-bk-02577-CGC

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>FIA Card Services   (remove duplicate entry) | | | | | | | |
| Account No. 5782<br><br>GE Money Bank<br>POB 960061<br>Orlando, FL 32896 | | J | purchase at Lenscrafters | | X | | 1,436.26 |
| Account No. Ux6605<br><br>JF Fabrics<br>POB 888<br>Tonawanda, NY 14151 | | J | supplier | | X | | 653.98 |
| Account No. xxx2990<br><br>Kravet Fabrics<br>225 Central Avenue South<br>Bethpage, NY 11714 | | J | supplier | | X | | 779.99 |
| Account No. x4896<br><br>Lafayette Venetian Blinds<br>POB 2838<br>West Lafayette, IN 47996 | | J | supplier | | X | | 256.48 |

Sheet no. __3__ of _6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  3,126.71

B6F (Official Form 6F) (12/07) - Cont.

In re  John Logan Sweet,
       Dianne M Guenette Sweet                                    Case No. 2:09-bk-02577-CGC
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xxx-4865 <br><br> QWEST <br> c/o ERS Collection Agency <br> POB 9004 <br> Renton, WA 98057 | | J | services | | X | | 199.90 |
| Account No. xxxxxxxxx0268B <br><br> QWEST <br> POB 29039 <br> Phoenix, AZ 85038 | | J | services | | X | | 163.91 |
| Account No. xxx-xxx-xxx1-002 <br><br> SW Gas <br> POB 52075 <br> Phoenix, AZ 85072 | | J | services | | X | | 91.25 |
| Account No. xxxxxx9600 <br><br> Verizon <br> POB 9622 <br> Mission Hills, CA 91346 | | J | services | | X | | 274.00 |
| Account No. xxxxx0-418 <br><br> Verizon <br> POB 9622 <br> Mission Hills, CA 91346 | | J | services | | X | | 648.81 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,377.87

In re  John Logan Sweet,
       Dianne M Guenette Sweet
                                               Debtors

Case No. **2:09-bk-02577-CGC**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-5327 <br><br> Wells Fargo Visa <br> POB 5445 <br> Portland, OR 97228-5445 | | J | credit card purchase | | X | | 73.31 |
| Account No. XX0448 <br><br> Affiliated Dermatology <br> 8700 E Vistabonita 140 <br> Scottsdale, AZ 85255 | | J | 2006, medical services | | X | | 18.56 |
| Account No. XXXXX4605 <br><br> Allstate Insurance <br> POB 650562 <br> Dallas, TX 75265 | | J | 2008, commercial insurance for business vehicle | | X | | 591.06 |
| Account No. XXXXXXXXXXXX 9495 <br><br> Chase <br> POB 15298 <br> Wilmington, DE 19850-5298 | | J | 2003-12/31/08, credit card purchases | | X | | 42,385.00 |
| Account No. XXE441 <br><br> William D Fishco DPM <br> 6036 N 19th Avenue Ste 204 <br> Phoenix, AZ 85015 | | J | 2007 medical services | | X | | 159.87 |

Sheet no. _5_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  43,227.80

Total (Report on Summary of Schedules)

B6F (Official Form 6F) (12/07) - Cont.

John Logan Sweet,
Dianne M Guenette Sweet

Case No. 2:09-bk-02577-CGC

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. XXX4299<br><br>William D Fishco DPM<br>6036 N 19th Avenue Ste 204<br>Phoenix, AZ 85015 | | J | 2006 medical services | | X | | 271.95 |
| Account No. X-XX4-505<br><br>Mayo Clinic<br>13400 E Shea Blvd<br>Scottsdale, AZ 85259 | | J | 2006-2007 medical services | | X | | 687.00 |
| Account No. XXXXXXXXXXXX0350<br><br>Preventive Pest Control<br>2215 W Melinda Lane<br>Phoenix, AZ 85027 | | J | 2006 medical services | | X | | 143.14 |
| Account No. XXXX 1001<br><br>Surgical Pathology Consultants<br>5422 W Thunderbird Rd #13<br>Glendale, AZ 85306 | | J | 2008 services | | X | | 143.21 |
| Account No. XXXXXXXXXXXX-9495<br><br>Washington Mutual Bank, FA<br>POB 2395<br>Chatsworth, CA 91313 | | J | 2008 closed bank account | | X | | 962.07 |

Sheet no. 6 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,064.16

Total (Report on Summary of Schedules) | 92,236.09

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  October 10, 2009              Signature  _/s/ John Logan Sweet_
                                              **John Logan Sweet**
                                              Debtor

Date  October 10, 2009              Signature  _/s/ Dianne M. Guenette Sweet_
                                              **Dianne M Guenette Sweet**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Local Sample Required Form No. 1

# DECLARATION

Debtors' Names                                Case No. __2:09-bk-02577-CGC__

__John Logan Sweet__

__Dianne M. Guenette Sweet__

We, John Logan Sweet and Dianne M. Guenette Sweet, do hereby certify, under penalty of perjury, that the Supplemental Master Mailing List, consisting of two (2) sheets, is complete, correct and consistent with the debtors' schedules.

Date of execution:   __October 10, 2009__

_/s/ John Logan Sweet_
John Logan Sweet

_/s/ Dianne M. Guenette Sweet_
Dianne M. Guenette Sweet

kyr/mmlrequirements/12/00

MML- 5

AFFILIATED DERMATOLOGY
8700 E VISTABONITA #140
SCOTTSDALE, AZ 85255


ALLSTATE INSURANCE
POB 650562
DALLAS, TX 75265


ALTA
1818 S OAK ST
LOS ANGELES, CA 90015


BANK OF AMERICA
4060 OGLETOWN STANTON RD
NEWARK, DE 19713-3102


CASTEC, INC
7531 COLDWATER CANYON AVE
NORTH HOLLYWOOD, CA 91605


CHASE
POB 15298
WILMINGTON, DE 19850-5298


WILLIAM D FISHCO DPM
6036 N 19TH AVENUE STE 204
PHOENIX, AZ 85015


WILLIAM D FISHCO DPM
6036 N 19TH AVENUE STE 204
PHOENIX, AZ 85015


SUE C. HITSELBERGER
9452 MEADOW KNOLL DR
DALLAS, TX 75243

Sweet, John Logan and Dianne M. Guenette    2:09-bk-02577-CGC

MAYO CLINIC
13400 E SHEA BLVD
SCOTTSDALE, AZ 85259


PREVENTIVE PEST CONTROL
2215 W MELINDA LANE
PHOENIX, AZ 85027


SURGICAL PATHOLOGY CONSULTANTS
5422 W THUNDERBIRD RD #13
GLENDALE, AZ 85306


WASHINGTON MUTUAL BANK, FA
POB 2395
CHATSWORTH, CA 91313