G

JOHN LOGAN SWEET
DIANNE M. GUENETTE SWEET
42157 N. CELEBRATION WAY
ANTHEM, AZ 85086
(623) 551-4739
Pro Se Debtors



FILED
2009 OCT 13 PM 1:35
U.S. CLERK
BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JOHN LOGAN SWEET AND<br>DIANNE M. GUENETTE SWEET**<br><br>Debtors. | Chapter 7 Proceedings<br><br>**Case: 2:09-bk-02577-CGC**<br><br>**CERTIFICATE OF SERVICE** |

I, John Logan Sweet, certify that I am, and at all times during the service of process, was not less than 18 years of age.

I further certify that the service of this

    Notice of Amendment to Petition,

    Notice of Chapter 7 Bankruptcy Case, Meeting of
        Creditors, & Deadlines,

    Notice of Continued Chapter 7 Case §341 First
        Meeting of Creditors,

    Discharge of Debtor, and

    Notice Fixing Last Date to File Claims

was made on October 12, 2009 by regular, First-Class United States Mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| 1 | |
| 2 | Affiliated Dermatology |
| 3 | 8700 E Vistabonita #140<br>Scottsdale, AZ 85255 |
| 4 | |
| 5 | Allstate Insurance<br>POB 650562<br>Dallas, TX 75265 |
| 6 | |
| 7 | Alta<br>1818 S Oak St |
| 8 | Los Angeles, CA 90015 |
| 9 | Bank of America<br>4060 Ogletown Stanton Rd |
| 10 | Newark, DE 19713-3102 |
| 11 | Castec, Inc |
| 12 | 7531 Coldwater Canyon Ave<br>North Hollywood, CA 91605 |
| 13 | |
| 14 | Chase<br>POB 15298<br>Wilmington, DE 19850-5298 |
| 15 | |
| 16 | William D Fishco DPM<br>6036 N 19th Avenue Ste 204 |
| 17 | Phoenix, AZ 85015 |
| 18 | Sue C. Hitselberger<br>9452 Meadow Knoll Dr |
| 19 | Dallas, TX 75243 |
| 20 | Mayo Clinic |
| 21 | 13400 E Shea Blvd<br>Scottsdale, AZ 85259 |
| 22 | |
| 23 | Preventive Pest Control<br>2215 W Melinda Lane<br>Phoenix, AZ 85027 |
| 24 | |
| 25 | Surgical Pathology Consultants<br>5422 W Thunderbird Rd #13 |
| 26 | Glendale, AZ 85306 |
| 27 | Under penalty of perjury, I declare that the foregoing |
| 28 | is true and correct. |

EXECUTED this 12 day of October, 2009

/s/ John Logan Sweet
John Logan Sweet

ORIGINAL of the foregoing filed
with the Clerk of the Bankruptcy Court
AND A COPY hand-delivered
this 12 day of October, 2009 to:

The Honorable Charles G. Case II
United States Bankruptcy Court
District of Arizona
230 North First Ave., Suite 101
Phoenix, AZ 85003-1727

The Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706

AND A COPY of the foregoing mailed
this 12 day of October, 2009 to:

Diane M. Mann
Chapter 7 Trustee
29834 North Cave Creek Road, #118-274
Cave Creek, AZ 85331

Steven D. Keist, Esq.
P.O. Box 1734
Glendale, AZ 85311

By: /s/ John S. Sweet

| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number 2:09-bk-02577-CGC |
|---|---|

## UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/16/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| JOHN LOGAN SWEET<br>40810 N. COPPER BASIN TRAIL<br>PHOENIX, AZ 85086 | DIANNE M GUENETTE SWEET<br>40810 N. COPPER BASIN TRAIL<br>PHOENIX, AZ 85086 |
| Case Number:<br>2:09-bk-02577-CGC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-2639<br>xxx-xx-4008 |
| Attorney for Debtor(s) (name and address):<br>STEVEN D. KEIST<br>P.O. BOX 1734<br>GLENDALE, AZ 85311-1734<br>Telephone number: 623-937-9799 | Bankruptcy Trustee (name and address):<br>DIANE M. MANN<br>29834 N. CAVE CREEK RD., #118-274<br>CAVE CREEK, AZ 85331<br>Telephone number: 480-451-3053 |

### Meeting of Creditors
Date: April 28, 2009          Time: 12:00 AM
Location: US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 6/29/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727<br>Telephone number: (602) 682-4000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/7/09 |

| | EXPLANATIONS | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

### Refer to Other Side for Important Deadlines and Notices

Diane M. Mann, Trustee
29834 N 53rd Street, Ste #118-274
Cave Creek, AZ 85331
480-451-3053

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN LOGAN SWEET | ) | Case No.: 2:09-02577-PHX |
| DIANNE GUENETTE SWEET | ) | |
| | ) | NOTICE OF CONTINUED |
| Debtor(s). | ) | CHAPTER 7 CASE §341 FIRST |
| | ) | MEETING OF CREDITORS |

NOTICE IS HEREBY GIVEN that your Meeting of Creditors has been continued for June 3, 2009 at 8:30 a.m. You <u>must</u> appear at your rescheduled date and time or your case will be dismissed. This Notice of Continued Meeting of Creditors has been mailed to all creditors and interested parties on your Master Mailing List.

The Deadline to Object to Exemptions will be thirty (30) days after the conclusion of the meeting of creditors.

The location of the meeting remains at the US Trustee Meeting Room, 230 N. First Avenue, First Floor, Room 102, Phoenix, AZ.

_____5/6/09_____          _____/S/_____
DATE                                DIANE M. MANN, CHP 7 TRUSTEE

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## District of Arizona
Case No. 2:09-bk-02577-CGC
Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

JOHN LOGAN SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086

DIANNE M GUENETTE SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086

Social Security / Individual Taxpayer ID No.:
xxx–xx–2639

xxx–xx–4008

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/31/09

Charles G. Case II
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM CLA-001

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                              Case No.: 2:09-bk-02577-CGC

JOHN LOGAN SWEET                                    Chapter: 7
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086
SSAN: xxx-xx-2639
EIN:

DIANNE M GUENETTE SWEET
40810 N. COPPER BASIN TRAIL
PHOENIX, AZ 85086
SSAN: xxx-xx-4008
EIN:

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above-named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **November 10, 2009** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form is enclosed with this notice. It may be filed by regular mail with the court at the address below. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the proof of claim together with a stamped, self-addressed envelope.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: August 10, 2009**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                     **Brian D. Karth**
Phoenix, AZ 85003-1727
Telephone number: (602) 682-4000
www.azb.uscourts.gov

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Arizona | PROOF OF CLAIM |
|---|---|
| Name of Debtor: JOHN LOGAN SWEET<br>DIANNE M GUENETTE SWEET | Case Number: 09-02577 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>JOHN LOGAN SWEET | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>JOHN LOGAN SWEET<br>40810 N. COPPER BASIN TRAIL<br>PHOENIX, AZ 85086-1842<br><br>Telephone number: | Court Claim Number:_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.