DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ  85331
(480) 451-3053

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| SWEET, JOHN LOGAN | ) CASE NO. 09-02577-PHX-CGC |
| GUENETTE SWEET, DIANNE M | ) |
| | ) TRUSTEE'S OBJECTION |
| | ) TO PROOF OF CLAIM |
| | ) AND NOTICE THEREON |
| _____Debtor(s). | ) |

COMES NOW <u>DIANE M. MANN</u>,  duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:

No: 6  Filed on: 9/21/09 for $15,657.65 by or on behalf of
Name: JP Morgan Chase Bank
Address: PO Box 091032, Ft. Worth, TX 76101

upon the following grounds:

__X___   Said claimant asserts a lien on certain property of the debtor's estate and said
claimant has or should have looked to said property for payment of the debt thereby
secured.

The trustee recommends said claim be treated as follows: Dismissed

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the trustee unless on or before 11/28/09, (18) (15) days from service plus (3) days for mailing, the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the
trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection with the Clerk of the Court, and mails a copy thereof to the trustee at: 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ  85331. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

 November 10, 2009                                    /s/
Dated                                                          DIANE M. MANN, Trustee